KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAM HOMAMPOUR,<br>on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY,<br><br>            Defendant. | Case No.: 3:15-cv-05003-WHO<br><br>Honorable William H. Orrick<br><br>**ORDER REGARDING FILING OF FIRST AMENDED COMPLAINT, RESPONSE THERETO, AND CONTINUATION OF CASE MANAGEMENT CONFERENCE**<br><br>**CASE MANAGEMENT CONFERENCE**<br><br>Date:    February 2, 2016<br>Time:    2:00 p.m.<br>[Courtroom 2, 17th Floor] |

Having considered the parties' Stipulation Regarding Filing of the First Amended Complaint, Response Thereto, and Continuation of the Case Management Conference, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

(1)   Plaintiff shall file a First Amended Complaint in this action on or before January 15, 2016;

(2)   Defendant's response to the First Amended Complaint shall be due on February 5, 2016;

(3)   The Case Management Conference shall be continued to March 8, 2016. In the event Defendant moves to dismiss the First Amended Complaint, the Court will entertain a stipulation to hold the Case Management Conference on the same date as the hearing on the motion.

DATED: January 4, 2016

_____
Hon. William H. Orrick
United States District Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

1
ORDER REGARDING FILING OF FIRST AMENDED COMPLAINT, RESPONSE THERETO, AND CONTINUATION OF CASE MANAGEMENT CONFERENCE