1   MANATT, PHELPS & PHILLIPS, LLP
    GREGORY N. PIMSTONE (Bar No. 150203)
2   Email: gpimstone@manatt.com
    JOHN LEBLANC (Bar No. 155842)
3   Email: jleblanc@manatt.com
    ILEANA M. HERNANDEZ (Bar No. 198906)
4   Email: ihernandez@manatt.com
    LEAH R. ADAMS (Bar No. 266645)
5   Email: ladams@manatt.com
    11355 West Olympic Boulevard
6   Los Angeles, CA 90064-1614
    Telephone: (310) 312-4000
7   Facsimile: (310) 312-4224

8   Attorneys for Defendants
    CALIFORNIA PHYSICIANS' SERVICE dba
9   BLUE SHIELD OF CALIFORNIA and
    BLUE SHIELD OF CALIFORNIA LIFE AND
10  HEALTH INSURANCE COMPANY

11                      UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14

15  ARAM HOMAMPOUR, JOHN            No.  3:15-cv-05003-WHO
    BARTELS, and JON NAKA on behalf of
    themselves and all others similarly situated,   Hon. William H. Orrick
16
            Plaintiff,               **ORDER ON STIPULATION TO**
17                                   **CONTINUE THE INITIAL CASE**
                                     **MANAGEMENT CONFERENCE AND TO**
18      v.                           **EXTEND TIME FOR DEFENDANTS**
                                     **CALIFORNIA PHYSICIANS' SERVICE**
19  CALIFORNIA PHYSICIANS' SERVICE   **DBA BLUE SHIELD OF CALIFORNIA**
    dba BLUE SHIELD OF CALIFORNIA,   **AND BLUE SHIELD OF CALIFORNIA**
    BLUE SHIELD OF CALIFORNIA LIFE   **LIFE AND HEALTH INSURANCE**
20  AND HEALTH INSURANCE             **COMPANY TO RESPOND TO THE FIRST**
    COMPANY,                         **AMENDED COMPLAINT**
21
            Defendant.               Action filed:  October 30, 2015
22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1    The Court, having reviewed the stipulation of plaintiffs Aram Homampour, John Bartels,

2 and Jon Naka ("Plaintiffs") and defendants California Physicians' Service dba Blue Shield of

3 California and Blue Shield of California Life and Health Insurance Company ("Defendants"), and

4 good cause appearing therefore, hereby orders as follows:

5        1.    Defendants' time to move, answer, or otherwise respond to the First Amended

6 Complaint is extended to and including April 22, 2016.

7        2.    The initial Case Management Conference is continued to May 24, 2016 at 2:00

8 p.m.

9        **IT IS SO ORDERED.**

10

11

12   Dated: <u>January 25</u>, 2016

13                                                    Hon. William H. Orrick

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1    ORDER ON STIP. TO CONTINUE INITIAL CMC
AND EXTEND TIME TO RESPOND
CASE NO. 3:15-CV-05003-WHO