UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAM HOMAMPOUR, JOHN BARTELS, and JON NAKA on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA, BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY,<br><br>Defendant. | Case No.: 3:15-cv-05003-WHO<br><br>Honorable William H. Orrick<br><br>**ORDER REGARDING FILING OF SECOND AMENDED COMPLAINT, RESPONSE THERETO, AND CONTINUATION OF CASE MANAGEMENT CONFERENCE**<br><br>**CASE MANAGEMENT CONFERENCE**<br><br>Date:   May 17, 2016<br>Time:   2:00 p.m.<br>[Courtroom 2, 17th Floor] |

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

Having considered the parties' Stipulation Regarding Filing of the Second Amended Complaint, Response Thereto, and Continuation of the Case Management Conference, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

(1) Plaintiffs shall file a Second Amended Complaint in this action on or before May 6, 2016;

(2) Defendants' response to the Second Amended Complaint shall be due on May 27, 2016;

(3) The Case Management Conference shall be continued to June 14, 2016, or a date convenient to the Court, following Defendants' filing of a responsive pleading to the Second Amended Complaint.

DATED: April 29, 2016

_____
Hon. William H. Orrick
United States District Judge

1
ORDER REGARDING FILING OF SECOND AMENDED COMPLAINT, RESPONSE THERETO, AND CONTINUATION OF CASE MANAGEMENT CONFERENCE
Case No. 3:15-cv-05003-WHO