1   MANATT, PHELPS & PHILLIPS, LLP
    GREGORY N. PIMSTONE (Bar No. 150203)
2   Email: gpimstone@manatt.com
    JOHN LEBLANC (Bar No. 155842)
3   Email: jleblanc@manatt.com
    ILEANA M. HERNANDEZ (Bar No. 198906)
4   Email: ihernandez@manatt.com
    LEAH R. ADAMS (Bar No. 266645)
5   Email: ladams@manatt.com
    11355 West Olympic Boulevard
6   Los Angeles, CA 90064-1614
    Telephone: (310) 312-4000
7   Facsimile: (310) 312-4224

8   Attorneys for Defendants
    CALIFORNIA PHYSICIANS' SERVICE dba BLUE
9   SHIELD OF CALIFORNIA, BLUE SHIELD OF
    CALIFORNIA LIFE AND HEALTH INSURANCE
10  COMPANY

11

12                  UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

15

16  ARAM HOMAMPOUR, JOHN              No.  3:15-cv-05003-WHO
    BARTELS, and JON NAKA on behalf of
17  themselves and all others similarly situated,   Hon. William H. Orrick

18              Plaintiff,             **STIPULATION AND ORDER TO
                                       CONTINUE THE JUNE 14, 2016 INITIAL
19          v.                         CASE MANAGEMENT CONFERENCE
                                       AND SET BRIEFING SCHEDULE ON
20  CALIFORNIA PHYSICIANS' SERVICE     DEFENDANTS' MOTION TO DISMISS
    dba BLUE SHIELD OF CALIFORNIA,
21  BLUE SHIELD OF CALIFORNIA LIFE     **Case Management Conference**
    AND HEALTH INSURANCE
22  COMPANY,                           Date:  June 14, 2016
                                       Time:  2:00 p.m.
23              Defendant.
                                       Trial Date:  None set
24
                                       Action filed:  October 30, 2015
25

26

27

28

STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND SET
BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS
CASE NO. 3:15-CV-05003-WHO

1    Plaintiffs Aram Homampour ("Homampour"), John Bartels ("Bartels") and Jon Naka

2   ("Naka") (collectively "Plaintiffs") and Defendants California Physicians' Service dba Blue

3   Shield of California ("Blue Shield of California") and Blue Shield of California Life and Health

4   Insurance Company ("Blue Shield Life") (collectively "Defendants") stipulate, pursuant to Civil

5   Local Rule 6-2, as follows:

6        1.    Plaintiff Homampour filed his Complaint against Blue Shield Life on October 30,

7   2015 and served Blue Shield Life with the Complaint on November 13, 2015.

8        2.    On November 2, 2015, this Court set an initial case management conference

9   ("CMC") for February 2, 2016 at 2:00 p.m.

10       3.    On December 1, 2015, Plaintiff Homampour and Blue Shield Life filed a

11  stipulation, pursuant to Local Rule 6-1(a), to extend the time for Blue Shield Life to respond to

12  the initial Complaint, to and including January 8, 2016.

13       4.    On December 31, 2015, Plaintiff Homampour and Blue Shield Life filed a

14  stipulation to the filing of a First Amended Complaint ("FAC") and to continue the initial case

15  management conference. (Dkt. No. 14.) On January 4, 2016, the Court entered its Order on the

16  stipulation. (Dkt. No. 15.) In the Order, the Court noted that, "[i]n the event [Blue Shield Life]

17  moves to dismiss the FAC, the Court will entertain a stipulation to hold the Case Management

18  Conference on the same date as the hearing on the motion."

19       5.    On January 15, 2016, Plaintiff Homampour filed his FAC, adding Plaintiff Bartels

20  and Naka and Defendant Blue Shield of California. (Dkt. No. 16.)

21       6.    On January 21, 2016, the parties filed a stipulation to further continue the initial

22  case management conference to May 24, 2016, and to extend the time for Defendants to respond

23  to the FAC until April 22, 2016. (Dkt. No. 21.) The Court entered its Order on the stipulation on

24  January 25, 2016. (Dkt. No. 22.)

25       7.    The Court thereafter advanced the Initial Case Management Conference to

26  May 17, 2016. (Dkt. No. 23.)

27

28

2

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND SET
BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS
CASE NO. 3:15-CV-05003-WHO

1    8.    On April 14, 2016, the parties filed a stipulation regarding Plaintiffs' filing of a

2 Second Amended Complaint ("SAC") and continuing the case management conference to

3 June 14, 2016. (Dkt. No. 24.) The Court entered its Order on the stipulation on April 29, 2016.

4 (Dkt. No. 25.)

5    9.    Plaintiffs filed their Second Amended Complaint on May 6, 2016. Pursuant to the

6 parties' stipulation, Defendants' response to the Second Amended Complaint is due on May 27,

7 2016.

8    10.    The parties met and conferred by telephone on May 23, 2016. Defendants

9 informed Plaintiffs that they intend to file a motion to dismiss the Second Amended Complaint.

10 The parties also discussed the upcoming initial case management conference.

11    11.    The parties agreed that Defendants' motion to dismiss will be heard on

12 Wednesday, August 10, 2016, at 2:00 p.m., or a date convenient to the Court. The parties also

13 agreed on the following briefing schedule for Defendants' motion to dismiss: Plaintiffs'

14 opposition will be due on July 13, 2016, and Defendants' reply will be due on July 27, 2016.

15    12.    The parties also agreed that it would be in the interest of judicial economy to

16 continue the June 14, 2016 case management conference to the August 10, 2016 hearing on the

17 motion to dismiss.

18    / / /

19    / / /

20    / / /

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

3

STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND SET
BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS
CASE NO. 3:15-CV-05003-WHO

1    **SO STIPULATED.**

2

3    Dated: May 26, 2016                          MANATT, PHELPS & PHILLIPS, LLP

4

5                                                 By: /s/ Ileana M. Hernandez
                                                     Gregory Pimstone
6                                                    John LeBlanc
                                                     Ileana M. Hernandez
7                                                    Leah R. Adams
                                                     *Attorneys for Defendants*
8                                                    CALIFORNIA PHYSICIANS' SERVICE
                                                     dba BLUE SHIELD OF CALIFORNIA,
9                                                    BLUE SHIELD OF CALIFORNIA LIFE
                                                     AND HEALTH INSURANCE
10                                                   COMPANY

11   Dated: May 26, 2016                          KANTOR & KANTOR LLP

12

13                                                By: /s/ Timothy J. Rozelle
                                                     Glenn R. Kantor
14                                                   Timothy J. Rozelle
                                                     *Attorneys for Plaintiffs*
15                                                   ARAM HOMAMPOUR, JOHN
                                                     BARTELS, and JON NAKA
16

17

18   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19   Dated:     May 27, 2016

20

21                                                _____
                                                    Honorable William H. Orrick
22                                                  United States District Judge

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND SET
BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS
CASE NO. 3:15-CV-05003-WHO