MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (Bar No. 150203)
Email: gpimstone@manatt.com
JOHN LEBLANC (Bar No. 155842)
Email: jleblanc@manatt.com
ILEANA M. HERNANDEZ (Bar No. 198906)
Email: ihernandez@manatt.com
LEAH R. ADAMS (Bar No. 266645)
Email: ladams@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Defendants
CALIFORNIA PHYSICIANS' SERVICE dba BLUE
SHIELD OF CALIFORNIA, BLUE SHIELD OF
CALIFORNIA LIFE AND HEALTH INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARAM HOMAMPOUR, JOHN BARTELS, and JON NAKA on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA, BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY,<br><br>Defendant. | No.  3:15-cv-05003-WHO<br><br>Hon. William H. Orrick<br><br>**STIPULATION AND ORDER TO SET BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**<br><br>Trial Date:  None set<br>Action filed:  October 30, 2015 |

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

STIPULATION AND ORDER TO SET BRIEFING SCHEDULE ON DEFENDANTS' MOTION
TO DISMISS
CASE NO. 3:15-CV-05003-WHO

Plaintiffs Aram Homampour ("Homampour"), John Bartels ("Bartels") and Jon Naka ("Naka") (collectively "Plaintiffs") and Defendants California Physicians' Service dba Blue Shield of California ("Blue Shield of California") and Blue Shield of California Life and Health Insurance Company ("Blue Shield Life") (collectively "Defendants") stipulate, pursuant to Civil Local Rule 6-2, as follows:

1.      Plaintiff Homampour filed his Complaint against Blue Shield Life on October 30, 2015 and served Blue Shield Life with the Complaint on November 13, 2015.

2.      On November 2, 2015, this Court set an initial case management conference ("CMC") for February 2, 2016 at 2:00 p.m.

3.      On December 1, 2015, Plaintiff Homampour and Blue Shield Life filed a stipulation, pursuant to Local Rule 6-1(a), to extend the time for Blue Shield Life to respond to the initial Complaint, to and including January 8, 2016.

4.      On December 31, 2015, Plaintiff Homampour and Blue Shield Life filed a stipulation to the filing of a First Amended Complaint ("FAC") and to continue the initial case management conference. (Dkt. No. 14.) On January 4, 2016, the Court entered its Order on the stipulation. (Dkt. No. 15.) In the Order, the Court noted that, "[i]n the event [Blue Shield Life] moves to dismiss the FAC, the Court will entertain a stipulation to hold the Case Management Conference on the same date as the hearing on the motion."

5.      On January 15, 2016, Plaintiff Homampour filed his FAC, adding Plaintiff Bartels and Naka and Defendant Blue Shield of California. (Dkt. No. 16.)

6.      On January 21, 2016, the parties filed a stipulation to further continue the initial case management conference to May 24, 2016, and to extend the time for Defendants to respond to the FAC until April 22, 2016. (Dkt. No. 21.) The Court entered its Order on the stipulation on January 25, 2016. (Dkt. No. 22.)

7.      The Court thereafter advanced the Initial Case Management Conference to May 17, 2016. (Dkt. No. 23.)

STIPULATION AND ORDER TO SET BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS
CASE NO. 3:15-CV-05003-WHO

8.      On April 14, 2016, the parties filed a stipulation regarding Plaintiffs' filing of a Second Amended Complaint ("SAC") and continuing the case management conference to June 14, 2016. (Dkt. No. 24.) The Court entered its Order on the stipulation on April 29, 2016. (Dkt. No. 25.)

9.      Plaintiffs filed their Second Amended Complaint on May 6, 2016. (Dkt. No. 26.)

10.      On May 26, 2016, the parties filed a stipulation to set a briefing schedule on Defendants' forthcoming motion to dismiss the SAC and to continue the June 14, 2016 initial case management conference to the agreed-upon motion hearing date, August 10, 2016. (Dkt. No. 27.) The Court entered its Order on the stipulation that day. (Dkt. No. 28.)

11.      Defendants' motion to dismiss was heard on August 10, 2016, and the motion was taken under submission. The Court stated in its minutes that it would grant Plaintiffs leave to file an amended complaint two weeks after the parties' scheduled September 19, 2016 mediation. (Dkt. No. 41.)

12.      On August 31, 2016, the Court issued its Order granting in part Defendants' motion to dismiss. In the Order, the Court gave Plaintiffs 20 days to amend their complaint. (Dkt. No. 43.)

13.      On September 2, 2016, the parties filed a stipulation to allow Plaintiffs until October 3, 2016 to file their Third Amended Complaint ("TAC"). (Dkt. No. 44.) The Court entered its Order on the stipulation on September 6, 2016. (Dkt. No. 45.)

14.      On October 3, 2016, Plaintiffs filed their TAC. (Dkt. No. 46.)

15.      On October 17, 2016, the parties' counsel met and conferred by telephone. Defendants informed Plaintiffs that Defendants intend to file a motion to dismiss the TAC.

*16.*      The parties agreed that Defendants' motion to dismiss will be heard on Wednesday, December 14, 2016, at 2:00 p.m., or a date convenient to the Court. The parties also agreed to stipulate to a briefing schedule for Defendants' motion to dismiss, due to the fact that the parties will also be briefing a motion to dismiss in the related action of *Barbor v. California*

1   *Physicians' Service*, Case No. 3:16-cv-01773-WHO, and because of the upcoming Thanksgiving

2   holiday.

3          17.     The parties agreed upon the following briefing schedule: Plaintiffs' opposition will

4   be due on November 14, 2016, and Defendants' reply will be due on December 5, 2016.

5          **SO STIPULATED.**

6

7   Dated: October 19, 2016                    MANATT, PHELPS & PHILLIPS, LLP

8

9                                              By: /s/ Ileana M. Hernandez

10                                                Gregory Pimstone
                                                  John LeBlanc
11                                                Ileana M. Hernandez
                                                  Leah R. Adams
12                                                *Attorneys for Defendants*
                                                  CALIFORNIA PHYSICIANS' SERVICE
13                                                dba BLUE SHIELD OF CALIFORNIA,
                                                  BLUE SHIELD OF CALIFORNIA LIFE
14                                                AND HEALTH INSURANCE
                                                  COMPANY

15  Dated: October 19, 2016                    KANTOR & KANTOR LLP

16

17                                             By: /s/ Timothy J. Rozelle

18                                                Glenn R. Kantor
                                                  Timothy J. Rozelle
19                                                *Attorneys for Plaintiffs*
                                                  ARAM HOMAMPOUR, JOHN
20                                                BARTELS, and JON NAKA

21

22         **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23  Dated:        October 26        , 2016

24

25                                             _____
                                               Honorable William H. Orrick
26                                             United States District Judge

27

28                                    4

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND ORDER TO SET BRIEFING SCHEDULE ON DEFENDANTS' MOTION
TO DISMISS
CASE NO. 3:15-CV-05003-WHO