KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAM HOMAMPOUR, JOHN BARTELS, and JON NAKA on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA, BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY,<br><br>Defendants. | Case No.: 3:15-cv-05003-WHO<br><br>Honorable William H. Orrick<br><br>**ORDER ON STIPULATION TO CONTINUE (1) FURTHER CASE MANAGEMENT CONFERENCE; AND (2) CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE**<br><br>**(1) Further Case Management Conference**<br><br>**Current Hearing Date**<br>Date:   February 14, 2017<br>Time:   2:00 p.m.<br><br>**Proposed Hearing Date**<br>Date:   March 14, 2017<br>Time:   2:00 p.m.<br><br>**(2) Class Certification**<br><br>**Current Hearing Date**<br>Date:   April 5, 2017<br>Time:   2:00 p.m.<br><br>**Proposed Hearing Date**<br>Date:   May 3, 2017<br>Time:   2:00 p.m. |

The Court, having reviewed the stipulation of Plaintiffs Aram Homampour, John Bartels, and Jon Naka ("Plaintiffs") and Defendants California Physicians' Service dba Blue Shield of California and Blue Shield of California Life and Health Insurance Company ("Defendants"), and good cause appearing therefore, hereby orders as follows:

1. The Further Case Management Conference is continued to March 14, 2017 at 2:00 p.m.

2. The following shall be the amended schedule for class certification:
   - Motion to be filed: March 10, 2017.
   - Opposition due: April 5, 2017.
   - Reply due: April 19, 2017.
   - Hearing on Motion: May 3, 2017 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: February 9, 2017    

Hon. William H. Orrick

---

1

ORDER ON STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONF. AND CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE