| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | GREGORY N. PIMSTONE (Bar No. 150203) |
| 2 | Email: gpimstone@manatt.com |
| | JOHN LEBLANC (Bar No. 155842) |
| 3 | Email: jleblanc@manatt.com |
| | ILEANA M. HERNANDEZ (Bar No. 198906) |
| 4 | Email: ihernandez@manatt.com |
| | LEAH R. ADAMS (Bar No. 266645) |
| 5 | Email: ladams@manatt.com |
| | 11355 West Olympic Boulevard |
| 6 | Los Angeles, CA 90064-1614 |
| | Telephone: (310) 312-4000 |
| 7 | Facsimile: (310) 312-4224 |
| 8 | Attorneys for Defendants |
| | CALIFORNIA PHYSICIANS' SERVICE dba BLUE |
| 9 | SHIELD OF CALIFORNIA, BLUE SHIELD OF |
| | CALIFORNIA LIFE AND HEALTH INSURANCE |
| 10 | COMPANY |
| 11 | *Complete Counsel List on following page |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAM HOMAMPOUR, JOHN BARTELS, and JON NAKA on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA, BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY,<br><br>Defendant. | No.  3:15-cv-05003-WHO<br><br>Hon. William H. Orrick<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING SUBMISSION OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Current Hearing Date:  March 14, 2017**<br>**Proposed Hearing Date: April 13, 2017**<br><br>Action filed:  October 30, 2015 |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CMC
CASE NO. 3:15-CV-05003-WHO

***Complete Counsel List**

Glenn R. Kantor, State Bar No. 122643
E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886-2525 (Tel)
(818) 350-6272 (Fax)

Attorneys for Plaintiffs
ARAM HOMAMPOUR, JOHN BARTELS,
and JON NAKA on behalf of themselves and all others similarly situated


MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (Bar No. 150203)
Email: gpimstone@manatt.com
JOHN LEBLANC (Bar No. 155842)
Email: jleblanc@manatt.com
ILEANA M. HERNANDEZ (Bar No. 198906)
Email: ihernandez@manatt.com
LEAH R. ADAMS (Bar No. 266645)
Email: ladams@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Defendants
CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA, BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY

Plaintiffs Aram Homampour ("Homampour"), John Bartels ("Bartels") and Jon Naka ("Naka") (together, "Plaintiffs") and Defendants California Physicians' Service dba Blue Shield of California ("Blue Shield of California") ("Blue Shield") (collectively, "the Parties") stipulate, pursuant to Civil Local Rules 7-12 and 16-2(e), as follows:

1. On August 11, 2016, the Court set a Further Case Management Conference for February 14, 2017, at 2:00 p.m. and set a schedule for class certification.

2. On August 31, 2016, Plaintiffs filed a Third Amended Complaint.

3. On October 24, 2016, Blue Shield filed a Motion to Dismiss Portions of Plaintiffs' Third Amended Complaint.

4. On December 22, 2016, the Court issued an Order Granting Blue Shield's Motion to Dismiss Portions of Plaintiffs' Third Amended Complaint.

5. On February 3, 2017, Blue Shield filed its Answer to Plaintiffs' Third Amended Complaint.

6. In light of ongoing settlement discussions, on February 8, 2017, the Parties stipulated to continue the Further Case Management Conference until March 14, 2017, and to continue the class certification briefing schedule accordingly.

7. On February 9, 2017, the Court granted the Parties' stipulation to continue the Further Case Management Conference until March 14, 2017.

8. The Parties have reached a settlement of Plaintiffs' individual and class claims.

9. On March 8, 2017, Plaintiffs filed a Notice of Settlement. (Docket No. 62.)

///
///
///
///
///
///
///
///

10. In the interests of judicial economy, the Parties agree that the Further Case Management Conference should be continued for thirty (30) days, until April 13, 2017, subject to the Court's availability, to allow Plaintiffs the opportunity to file a Motion for Preliminary Approval of the Class Action Settlement.

**SO STIPULATED.**

Dated: March 9, 2016　　　　　　　　　　MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Ileana M. Hernandez*
　　Gregory Pimstone
　　John LeBlanc
　　Ileana M. Hernandez
　　Leah R. Adams
　　*Attorneys for Defendants*
　　CALIFORNIA PHYSICIANS' SERVICE
　　dba BLUE SHIELD OF CALIFORNIA,
　　BLUE SHIELD OF CALIFORNIA LIFE
　　AND HEALTH INSURANCE
　　COMPANY

Dated: March 9, 2016　　　　　　　　　　KANTOR & KANTOR LLP

By: */s/ Glenn R. Kantor*
　　Glenn R. Kantor
　　Timothy J. Rozelle
　　*Attorneys for Plaintiffs*
　　ARAM HOMAMPOUR, JOHN
　　BARTELS, and JON NAKA

**ORDER**

IT IS ORDERED that the Case Management Conference be continued to April 11, 2017.

DATED:  March 10, 2017　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge