# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAM HOMAMPOUR, JOHN BARTELS, and JON NAKA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA,<br><br>Defendant. | No. 3:15-cv-05003-WHO<br><br>Honorable William H. Orrick<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |

# **ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the parties' Stipulation for Dismissal, the Court orders that:

1. Homampour's individual claims shall be dismissed with prejudice;
2. The claims of the other named plaintiffs, John Bartels and Jon Naka, as well as the claims of the putative class, shall be dismissed without prejudice; and
3. The Settling Parties shall bear their own attorneys' fees and costs incurred in connection with this action.

This Court shall retain jurisdiction over the Settling Parties and this action for the purpose of enforcing the settlement agreement.

IT IS SO ORDERED.



DATED: May 26, 2017 _____
United States District Judge

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER GRANTING STIPULATION FOR DISMISSAL

Submitted by:

Glenn R. Kantor, State Bar No. 122643
E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

*Attorneys for Plaintiffs*
ARAM HOMAMPOUR, JOHN BARTELS,
and JON NAKA, on behalf of themselves and all others similarly situated

Manatt, Phelps & Phillips, LLP
GREGORY N. PIMSTONE (Bar No. CA 150203)
Email: gpimstone@manatt.com
JOHN LE BLANC (Bar No. 155842)
Email: jleblanc@manatt.com
ILEANA M. HERNANDEZ (Bar No. CA 198906)
Email: ihernandez@manatt.com
LEAH R. ADAMS (Bar No. 266645)
Email: ladams@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendant*
CALIFORNIA PHYSICIANS' SERVICE dba
BLUE SHIELD OF CALIFORNIA